### 10955. Loganville Banking Co. *v.* Forrester *et al.*

Luke, J. This case is controlled by the decision this day rendered in *Loganville Banking Co.* v. *Brodnax*, ante, p. 352.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided March 2, 1921.

Motion to enter judgment; from Walton superior court — Judge W. L. Hodges presiding. August 19, 1919.